RECEIVED
IN ALEXANDRIA, LA.

JUL 0 6 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLARENCE SWEENEY (D.O.C. #113028) | DOCKET NO. 09-CV-322; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| LA. DEPARTMENT OF CORRECTIONS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 6th day of July, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE